■ ARTHUR JONES et al., Respondents, v BRENDAN KELLY et al., Defendants, and CRABBY JOE's, INC., Doing Business as PADDY McGEE's, Appellant. (Action No. 1.) MARK PEPPIN et al., Respondents, v GERALD J. FOSTER, INC., Doing Business as GERARD's, Defendant, and CRABBY JOE's, INC., Doing Business as PADDY McGEE's, Appellant. (Action No. 2.) [608 NYS2d 667] — In two related actions to recover damages for personal injuries, etc., the defendant Crabby Joe's, Inc., doing business as Paddy McGee's appeals from an order of the Supreme Court, Nassau County (O'Shaughnessy, J.), dated January 2, 1992, which denied its motions for summary judgment dismissing the complaints insofar as they are asserted against it.

GERARD's, Defendant, and CRABBY JOE's, INC., Doing Business as PADDY McGEE's, Appellant. (Action No. 2.) [608 NYS2d 875] — Motion by the appellant to strike the brief of the respondents Arthur Jones and Sarah Jones on an appeal from an order of the Supreme Court, Nassau County, dated January 2, 1992, on the ground that it contains material dehors the record.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

Ordered that the motion is denied as academic in light of the determination of the appeal, decided herewith. Thompson, J. P., O'Brien, Joy and Altman, JJ., concur.